| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WAYNE KAMAKI PREISTER and<br>APRIL NICOLE SALAMANCA, aka<br>April Broderick, aka April Troutman<br><br>Defendants, | ) No. CR 13-4033 DEO<br>)<br>) **COUNT 1** (Conspiracy to distribute<br>) methamphetamine)<br>) 21 U.S.C. § 841(a)(1)<br>) 21 U.S.C. § 841(b)(1)(A)<br>) 21 U.S.C. § 846<br>) 21 U.S.C. § 851<br>)<br>) **COUNT 2** (Possess with intent to<br>) distribute methamphetamine<br>) 21 U.S.C. § 841(a)(1)<br>) 21 U.S.C. § 841(b)(1)(B)<br>) 21 U.S.C. § 851<br>)<br>) **COUNT 3** (Possession of firearm in<br>) furtherance of drug trafficking<br>) crime)<br>) 18 U.S.C. § 924(c)(1)(A)<br>)<br>) **FORFEITURE ALLEGATION**<br>) 21 U.S.C. § 853<br>) 18 U.S.C. § 924(d)(1) |



## INDICTMENT

The Grand Jury charges:

## COUNT 1

From about January 2013, and continuing through about April 12, 2013, in the

Northern District of Iowa and elsewhere, defendants, WAYNE KAMAKI PREISTER,

having previously been convicted of a felony drug offense, that is Possession of

Methamphetamine, in the Nebraska District Court for Douglas County, on October 6, 2005, and APRIL NICOLE SALAMANCA, aka April Broderick, aka April Troutman, did knowingly and unlawfully combine, conspire, confederate, and agree with each other and with other persons, known and unknown to the Grand Jury, to distribute 500 grams or a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, or 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A).

This was in violation of Title 21, United States Code, Section 846 and 851.

## COUNT 2

On or about April 12, 2013, in the Northern District of Iowa, the defendants, WAYNE KAMAKI PREISTER, having previously been convicted of a felony drug offense, that is Possession of Methamphetamine, in the Nebraska District Court for Douglas County, on October 6, 2005, and APRIL NICOLE SALAMANCA, aka April Broderick, aka April Troutman, did knowingly and intentionally possess with intent to distribute 5 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 851.

## COUNT 3

On or about April 12, 2013, in the Northern District of Iowa, defendant WAYNE KAMAKI PREISTER, knowingly possessed a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States (as charged in

2

Counts 1 and 2 of this Indictment). The firearm was: (1) a 9mm, Berretta pistol with an obliterated serial number.

This was in violation of 18 U.S.C. § 924(c)(1)(A).

## FORFEITURE ALLEGATION

Upon conviction of one or more of the controlled substance offenses alleged in Counts 1 and 2 of this Indictment, defendant WAYNE KAMAKI PREISTER, shall forfeit to the United States any firearms or ammunition involved or used in the knowing violation of Title 21, United States Code, Sections 841 and Title 18, United States Code, Section 924(c), including but not limited to:

(1) a 9mm Berretta pistol, with an obliterated serial number

A TRUE BILL

S/
_____
Foreperson
Dated: 4/16/13

SEAN R. BERRY
United States Attorney

By: _____

JACK LAMMERS
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY
And filed 4/17/13
ROBERT L. PHELPS, CLERK