Date/Time: 4/18/13 / 15:03:26
------------------------------------------------------------------------
                    WOODBURY COUNTY SHERIFF'S OFFICE          Page:    1
Progrm: CHF004P                Narrative Print
------------------------------------------------------------------------

Case Number:  2-13-002697

*************************** N A R R A T I V E   # 4 ***************************
DICTATION                    Reported By: TROBAUGH, TODD               4/15/13

    Deputy Trobaugh

    Comp. #S13-2697, Possession with intent to deliver, felon in
    possession of a handgun - dictated 4/15/13 at 0913 hrs.

    LOCATION:   I-29, MM 132 northbound

    INVOLVED:   Preister, Wayne

    INVOLVED:   Salamanca, April

    OFFICERS INVOLVED:  Deputy Trobaugh
        Deputy Benson
        Deputy Kofka
        Drug Task Force Officer Garrett
        Drug Task Force Officer Howard

On 4/12/13 I was contacted by Drug Task Force and was requested to
intercept a vehicle that was coming up northbound from Omaha in a 96
Honda Accord. Drug Task Force Officers advised that the subject is
known to be armed and advised that they had information that there was
a handgun shoved up under the dash with some narcotics. They advised
that they had information that they were bringing methamphetamines up
and would hide it inside the dash of the vehicle.

They had contacted me at home and asked if I would be able to assist.
At the time I started my duty shift at 6:30, I immediately did go out
to the interstate and upon my getting out to the interstate Drug Task
Force officers advised that the vehicle was just coming up to the
Sloan exit. They did advise that the vehicle had taken the Sloan exit
and I was just north of the Sloan exit now in the turn around. They
advised they witnessed the vehicle pull over, turn on its four-way
flashers on the off ramp, sit there for a minute or so, and then
continued on and jumped back on the interstate.

I was given information from the Drug Task Force that the vehicle had
severely tinted windows which would be in violation of Iowa law. As
the vehicle approached, I did notice the vehicle go by me. I did
notice that the front windows, front driver's side and passenger
windows, were extremely tinted, at which time I did pull out and
activated a traffic stop on this vehicle at mile marker 132 in the old
rest area weigh scales lot.

Upon the stop, I exited my vehicle and was walking up and noticed the
passenger making a lot of quick movements like she was hiding
something under the dash, moving around, jumping around on that side.
I did walk up and she was still continuing to try to like reach under
the dash, which at that time made me extremely nervous that she was
either trying to grab the weapon or hide something. At that time I

DISCOVERY MATERIAL DO NOT COPY OR REDISSEMINATE

DEFENDANT'S EXHIBIT
CASE NO. CR 13-4033-01
EXHIBIT NO. A

Case Number:  2-13-002697
informed her to place her hands on the dash and made the driver place
his hands on the dash. I asked her what she was doing. She denied
moving initially, denied jumping around. However, just her mannerisms
right there, I noticed that she was extremely nervous.

Also, I had somewhat of an idea that she might be under the influence
of methamphetamines just the way her actions were. Her head was
jerking a little bit and just the head jerks, head snaps, quick
responses to any questions.

At this point I was still by myself on this traffic stop and had both
subjects place their hands on the vehicle on the dash until I was able
to get cover there to watch the suspects. I did not want to take the
driver out and leave the vehicle unattended with the passenger there
knowing there was possibly a handgun in this vehicle under the dash
where the female was grabbing towards.

During this time I did ask for a driver's license for the driver who
advised he did not have a driver's license with him. He informed me
that his wallet was stolen and he did not have any ID whatsoever. I
did ask for insurance and registration papers at which time he advised
me it was in the glove compartment. I did advise the passenger to go
ahead and open the glove compartment, and retrieve the insurance and
registration information at which time she did. She did hand that to
Wayne.  The passenger was later identified as April Salamanca.  I then
retrieved the information I was requesting and continued to talk with
the driver about his driver's information, about if he had a valid
license or not and where he was headed to this morning, where he was
coming from.

A short time after the initial stop, Deputy Dave Benson did arrive.  I
did ask him to watch the female passenger at which point I had the
driver step out of the vehicle. I did ask him if he had anything on
him to be concerned with. I did do a quick terry patdown, did not feel
any weapons or anything that I felt to be weapons. At that time I
asked him to come back and have a seat in my patrol car, at which time
he did. I did take him back to the patrol car and had a brief
conversation with him about his windows, his windows being extremely
tinted. I did inform him about the law in Iowa, you can't have the
windows tinted past 70 percent of light coming through, and he
informed me that he had just got it done in Omaha and the guys that
did it advised him that it was legal to have it that tinted. I
informed him it was not legal and that they were too tinted under Iowa
law and that I was writing him a citation.

During the time I was writing him a citation for the tinted windows I
did ask him where he was coming from and where he was going and had a
brief conversation with him. Mr. Preister was extremely nervous and
even after I'd already told him I was writing him a citation for the
tinted windows, he again asked me why he was stopped and continued to
ask questions about what was going on. He was extremely nervous. He
was giving me all the indicators that there was something more afoot
with this vehicle.

REP_0006.4-12-13-DEP-TROBAUGH-NARRATIVE-#4-1B

Case Number:  2-13-002697

I did ask him if he had any methamphetamines, drugs, weapons, anything like that, or alcohol. He immediately responded he didn't have any alcohol, and then came back and said he didn't have anything else, that being an indicator through my training that sometimes when they say they don't have any alcohol but immediately don't confirm that there's no weapons or drugs in there, could be one of the indicators that they are possibly carrying weapons or narcotics.

At that time I asked him again if he had any weapons, drugs in the vehicle, and if he minded if I searched. He then asked if he had a choice whether he could refuse or consent. I advised him that he did have a choice, that it was his choice, whatever he wanted me to do. He then refused to consent to search his vehicle. I did advise him ok, I would not search his vehicle; however, I was going to run my narcotics dog around the vehicle to check to see if there was any narcotics located inside the vehicle.

I did have him, after I finished my citation, I did hand him the citation, explained the citation to him and had him step out of the vehicle and walked up and had the female step out of the vehicle so I could do a search of the vehicle of the exterior of the vehicle with the female not sitting in it, since my dog is also a patrol dog, it eliminates any problems with possible bites, since she is also a patrol bite dog.

The female, April Salamanco was asked to step out of the vehicle, and stepped out with Deputy Benson and the driver Wayne Preister. As they were there, they were extremely nervous. They kept hugging each other and whispering back and forth, and you could tell that they were extremely nervous that my dog was going to find something in the vehicle.

I did start an exterior search of the vehicle. As the dog went around to the driver's side, the driver's side was left open by Wayne Preister. Prior to the search, I did go up and close it just a little bit so the dog would not just jump right in there since the door was completely open. I closed it to the point there was not completely latched, but shut all the way so when I went around the search would be on the exterior. When I went around the vehicle with the dog, the dog all of a sudden got into odor on the outside of the door. It was open just a crack. At that time my dog is trained to go to the source of the odor. Once he gets in odor he will try to figure out where the strongest odor is before he'll indicate.

As we go around, he got into the crack of the driver's side of the vehicle. He stuck his nose in there and then pried the door open where he could slide inside the vehicle and jumped up on the driver's seats and smelled the dash area where the gear shifter is and immediately went into indication and alert that there was narcotics present. He indicated several times on that area in the dash and the console at which time I rewarded him and took my patrol dog back to my patrol car.

REP_0006.4-12-13-DEP-TROBAUGH-NARRATIVE-#4-1C

Case Number:   2-13-002697

At that time, I walked over due to the fact I knew we had prior information that there were weapons involved and also narcotics, and with the alert of my patrol dog, I did walk over and place handcuffs on Mr. Preister and Miss Salamanca and advised them right now they were being detained due to the fact I had a positive alert for narcotics and for our safety and their safety they were placed in handcuffs. At that time Deputy Benson continued to watch the two subjects while I went in and started searching the vehicle.

While searching the vehicle, I did find down behind the stereo system was a Beretta handgun, automatic handgun shoved in the console. I continued to search. Also down below the handgun I noticed that there was syringe, needle, still with the cap on it. However, it was shoved down like on the passenger side on the hard plastic where you pull up on the bottom and it was on the carpet on the floor where the passenger could have shoved it up from the backside of that hard plastic console underneath. I was able to retrieve the needle and also the handgun and continued to search.

I did have them placed in Deputy Benson's car since it was cold out this evening. Deputy Benson stayed in the car with them. After the search, for a while they did admit there was a marijuana jar that had possibly marijuana in it and Wayne did advise that's probably what the dog had indicated on was a marijuana jar that no longer has marijuana but it did have marijuana in it. We did notice and did find a jar that did have a very strong smell of marijuana that was located in the backseat while searching. At this time I decided to place Wayne under arrest for carrying a concealed weapon, or unlawful conveyance and felon in possession of a firearm as he did advise he'd already been to prison for attempted murder at one point.

Also, due to the fact of the syringe and the knowledge of her narcotic use, I did place April under arrest for drug paraphernalia. Also, the container of marijuana was located in the back seat, accessible to both the driver and the passenger. She was placed under arrest for possession of drug paraphernalia. She was placed in the back seat of Benson's patrol car.

At that time I advised them that if they had any narcotics on them that they needed to tell me now because once they took it into the jail it automatically turns into a felony, bringing controlled substances into a jail setting. At that time I saw the look on April Salamanca's face, like she'd just seen a ghost. She turned and looked at the driver, Wayne, and looked at him like what do I do. At that point, I asked her what she had on her. She did not respond. I knew she had something on her just from her reaction. I did ask her to step out of the vehicle and took her in front of my patrol vehicle where I did read her her Miranda Rights and asked her again what she had on her because I was fully aware she definitely had something on her and that if she told me now if it was just the simple possession it would not turn into a felony once she went to the jail. At that time she advised me that she had marijuana that she had placed down in her

REP_0006.4-12-13-DEP-TROBAUGH-NARRATIVE-#4-1D

Case Number:  2-13-002697

underwear. With that I advised her that I would not charge her with introduction to a jail setting and that I would have somebody remove it once we get to the jail but not charge her for introduction because she told me prior to going in there.

I did ask her about any other controlled substances in the car. She did deny having knowledge of anything else in the vehicle. However, I put her back into the patrol unit with Deputy Benson and the driver, Wayne Preister. They continued to be extremely nervous and at one point Deputy Benson had heard her say to Wayne, do you think he found it. Deputy Benson advised me that when I was looking through, he heard that comment made by April, which just went along with all my other indicators that there were controlled substances there somewhere.

At that point I told Deputy Benson to take the subjects up to the Woodbury County Jail while I continued to search the vehicle, and at that point I did call the Drug Task Force over to assist me. Willie Garrett and John Howard did come to assist.

While searching through the vehicle, Task Force Officer Howard was able to take off one of the dashes under the steering column which he had pulled out a Crown Royal bag that had numerous syringes and a good sized amount of methamphetamines. For the exact amount you'll have to see Task Force Officer John Howard's and Willie Garrett's reports for the exact amount of the methamphetamines.

I do know however that the amount was well over the legal limit, making it an intent to deliver case.

Task Force Officer Howard did take custody of the methamphetamines and also the handgun, since this was typically their case, they were going to follow through with it. They did request that the subjects be transported to the Sioux City Police Department for further questioning. I then stayed and did a vehicle tow sheet on the vehicle and the Task Force Officers left with the controlled substances and the handgun to do interviews with the two subjects.

This will be end of dictation for 2697.

End of dictation.

** End of Report **

DO NOT COPY OR REDISSEMINATE
COPY PROVIDED TO DEFENSE ATTORNEY
COPY TO BE RETURNED TO U.S. ATTORNEY'S OFFICE AT CONCLUSION OF CASE

# EXHIBIT "B" DVD OF TRAFFIC STOP
## Wayne Preister, April Salmanca
## K3-13-0019, WCSO S13-2697
## N-8 #126



## Explanation of the Preliminary Monthly Climate Data (F6) Product

**These data are preliminary and have not undergone final quality control by the National Climatic Data Center (NCDC). Therefore, these data are subject to revision. Final and certified climate data can be accessed at the NCDC - http://www.ncdc.noaa.gov.**

## WFO Monthly/Daily Climate Data



```
000
CXUS55 KFSD 011740
CF6FSD
```

DEFENDANT'S
EXHIBIT

CASE
NO. CR13-4033-1ED

EXHIBIT
NO. C

```
                                   STATION:    SIOUX FALLS
                                   MONTH:      APRIL
                                   YEAR:       2013
                                   LATITUDE:   43 34 N
                                   LONGITUDE:  96 44 W
```

```
   TEMPERATURE IN F:        :PCPN:     SNOW:   WIND        :SUNSHINE: SKY      :PK WND
===================================================================================
1   2    3    4    5   6A   6B    7     8    9    10   11   12   13    14    15    16    17   18
                                            12Z  AVG  MX  2MIN
DY  MAX  MIN  AVG  DEP  HDD  CDD   WTR   SNW  DPTH SPD  SPD DIR  MIN   PSBL  S-S   WX    SPD  DR
===================================================================================

 1   38   16   27  -13   38    0  0.00   0.0     0   8.0  18  350    M     M    1             22  360
 2   49   15   32   -8   33    0  0.00   0.0     0   4.8  15   80    M     M    1             18   80
 3   64   27   46    5   19    0  0.00   0.0     0  15.3  25  190    M     M    0             33  200
 4   55   31   43    2   22    0  0.01   0.0     0  10.8  18  360    M     M    4             25  200
 5   60   29   45    3   20    0     T   0.0     0  16.0  30  140    M     M    6             38  140
 6   63   33   48    6   17    0     T   0.0     0  15.0  29  320    M     M    3             36  320
 7   55   32   44    1   21    0  0.14   0.0     0   8.8  20  110    M     M    8  18         25  110
 8   54   35   45    2   20    0     T   0.0     0  13.7  29   30    M     M    9  12         36   30
 9   35   23   29  -15   36    0  1.42   1.2     0  18.7  37   30    M     M    9  12346      51   40
10   30   28   29  -15   36    0  0.38   2.8     2  11.6  29   60    M     M    8  1246       35   30
11   33   29   31  -13   34    0  0.26   3.2     5  10.9  18   50    M     M   10  16         22   50
12   32   26   29  -16   36    0     T     T     5  12.2  20  310    M     M    9  1          24  310
13   34   22   28  -17   37    0  0.02     T     4   9.5  23   90    M     M    8  126        26   90
14   41   32   37   -9   28    0  0.03   0.0     4  15.4  28   90    M     M    7  12         36  260
15   38   29   34  -12   31    0  0.00   0.0     2  15.1  26  260    M     M    8             38  250
16   41   28   35  -12   30    0  0.00   0.0     T   9.0  16   60    M     M    4             21   30
17   37   31   34  -13   31    0  0.03     T     0  15.0  23  360    M     M   10  146        31   10
18   32   26   29  -19   36    0  0.31   2.9     0  21.9  30  320    M     M    9  1          38  320
19   38   22   30  -18   35    0  0.00   0.0     2  16.7  28  310    M     M    1             33  320
20   39   16   28  -20   37    0  0.03   0.1     T   6.4  16  150    M     M    5  1          22  130
21   53   35   44   -5   21    0  0.04   0.0     0  11.8  20  320    M     M    8  1          25  320
22   36   26   31  -18   34    0  0.39   4.6     0  17.1  29  360    M     M    9  124        35  360
23   34   22   28  -22   37    0  0.00   0.0     4   9.7  21  340    M     M    2             24  320
24   47   24   36  -14   29    0  0.06     T     2   9.8  35  310    M     M    2  1345       46  300
25   66   23   45   -6   20    0     T   0.0     T  10.3  24  180    M     M    1             33  170
26   72   40   56    5    9    0  0.00   0.0     0   7.2  17   30    M     M    0             25  360
27   76   30   53    2   12    0  0.00   0.0     0   5.9  21  180    M     M    0             26  180
28   85   53   69   17    0    4     T   0.0     0  14.4  29  350    M     M    2             35  350
```

```
29  78  44  61    9    4   0 0.00   0.0    0 11.0 20 180   M   M   1        29 160
30  70  47  59    6    6   0 0.01   0.0    0 15.5 28 330   M   M   2 3      33 320
========================================================================================
SM 1485  874         769   4  3.13      14.8 367.5         M      147
========================================================================================
AV 49.5 29.1                              12.2 FASTST   M   M   5     MAX(MPH)
                          MISC ---->  # 37  30                      # 51   40
========================================================================================
```

NOTES:
# LAST OF SEVERAL OCCURRENCES
-COLUMN 17 PEAK WIND IN M.P.H.
-PRECIPITATION IN COLUMNS 7, 8, AND 9 ARE THE OFFICAL PRECIPITATION
 AMOUNTS FOR SIOUX FALLS, SD.
-SNOW DEPTH IN COLUMN 9 IS RECORDED AT 6 AM CST (12Z)


PRELIMINARY LOCAL CLIMATOLOGICAL DATA (WS FORM: F-6) , PAGE 2

```
                                    STATION:   SIOUX FALLS
                                    MONTH:     APRIL
                                    YEAR:      2013
                                    LATITUDE:  43 34 N
                                    LONGITUDE: 96 44 W
```

[TEMPERATURE DATA]        [PRECIPITATION DATA]      SYMBOLS USED IN COLUMN 16

AVERAGE MONTHLY: 39.3     TOTAL FOR MONTH:   3.13   1 = FOG OR MIST
DPTR FM NORMAL:  -7.1     DPTR FM NORMAL:    0.12   2 = FOG REDUCING VISIBILITY
HIGHEST:     85 ON 28     GRTST 24HR  1.42 ON  9         TO 1/4 MILE OR LESS
LOWEST:      15 ON  2                              3 = THUNDER
                         SNOW, ICE PELLETS, HAIL   4 = ICE PELLETS
                         TOTAL MONTH:   14.8 INCHES 5 = HAIL
                         GRTST 24HR   4.6 ON 22    6 = FREEZING RAIN OR DRIZZLE
                         GRTST DEPTH:    5 ON 11,12 7 = DUSTSTORM OR SANDSTORM:
                                                        VSBY 1/2 MILE OR LESS
                                                   8 = SMOKE OR HAZE
[NO. OF DAYS WITH]        [WEATHER - DAYS WITH]     9 = BLOWING SNOW
                                                   X = TORNADO
MAX 32 OR BELOW:    3     0.01 INCH OR MORE:   14
MAX 90 OR ABOVE:    0     0.10 INCH OR MORE:    6
MIN 32 OR BELOW:   23     0.50 INCH OR MORE:    1
MIN  0 OR BELOW:    0     1.00 INCH OR MORE:    1

[HDD (BASE 65) ]
TOTAL THIS MO.    769     CLEAR   (SCALE 0-3)  13
DPTR FM NORMAL    207     PTCLDY  (SCALE 4-7)   7
TOTAL FM JUL 1   7541     CLOUDY  (SCALE 8-10) 10
DPTR FM NORMAL    134

[CDD (BASE 65) ]
TOTAL THIS MO.      4
DPTR FM NORMAL     -1     [PRESSURE DATA]
TOTAL FM JAN 1      4     HIGHEST SLP 30.38 ON  1
DPTR FM NORMAL     -1     LOWEST  SLP 29.34 ON 30

[REMARKS]

www.nws.noaa.gov/climate/getclimate.php?wfo=fsd                                    2/3

RECORD DAILY MAXIMUM RAINFALL WAS ESTABLISHED ON THE 9TH WITH 1.42 INCHES. THE PREVIOUS RECORD WAS 0.59 INCHES SET IN 1925.

RECORD DAILY MAXIMUM SNOWFALL WAS ESTABLISHED ON THE 11TH WITH 3.2 INCHES. THE PREVIOUS RECORD WAS 2.9 INCHES SET IN 1995.

RECORD DAILY MAXIMUM SNOWFALL WAS ESTABLISHED ON THE 18TH WITH 2.9 INCHES. THE PREVIOUS RECORD WAS 0.6 INCHES SET IN 1978.

RECORD DAILY LOW MAXIMUM TEMPERATURE WAS ESTABLISHED ON THE 18TH WITH A HIGH OF 32 DEGREES. THE PREVIOUS RECORD WAS 34 DEGREES SET IN 1966.

RECORD DAILY MINIMUM TEMPERATURE WAS ESTABLISHED ON THE 20TH WITH A LOW OF 16 DEGREES. THE PREVIOUS RECORD WAS 18 DEGREES SET IN 1907.

RECORD DAILY LOW MAXIMUM TEMPERATURE WAS ESTABLISHED ON THE 23RD WITH A HIGH OF 34 DEGREES. THE PREVIOUS RECORD WAS 40 DEGREES SET IN 1910.


#FINAL-04-13#

Case 5:13-cr-04033-LTS-CJW      Document 39-1      Filed 07/12/13      Page 9 of 9